Commonwealth *v.* Thompson, Appellant.

Argued December 3, 1973. *Thomas D. Watkins,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

July 11, 1974

Bromberg et al., Appellants, *v.* Kunkel et al.

Submitted March 28, 1974. *Andrew K. Parker,* and *Harvey P. Murray, Jr.,* for appellants; *Ronald M. Katzman,* and *Goldberg, Evans & Katzman,* for appellees.

Order affirmed.